UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DENISE WELLS,

    Plaintiff,

                                                  CASE NO.:  6:18-CV-00750-RBD-GJK

-vs-

PREMIER BANKCARD, LLC,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Denise Wells, and the Defendant, Premier BankCard, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 12th day of March, 2019.

| | |
|---|---|
| */s/ Jason R. Derry, Esquire* | */s/Charles W. Denny, Esquire* |
| Jason R. Derry, Esquire | Charles W. Denny, Esquire |
| Florida Bar No.: 0036970 | Florida Bar No.: 0488615 |
| Morgan & Morgan, Tampa, P.A. | Sara W. Mapes, Esquire |
| One Tampa City Center | Florida Bar No.: 112618 |
| 201 North Franklin Street, 7th Floor | Dickinson & Gibbons, PA |
| Tampa, FL 33602 | 401 N. Cattleman Road, Suite #300 |
| Telephone: (813) 223-5505 | Sarasota, FL 34232 |
| Facsimile: (813) 257-0577 | Telephone: (941) 366-4680 |
| jderry@ForThePeople.com | Facsimile: (941) 365-2923 |
| jkneeland@ForThePeople.com | cdenny@dglawyers.com |
| *Attorney for Plaintiff* | smapes@dglawyers.com |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Charles W. Denny, IV, Esquire and Sara Mapes, Esquire, Dickinson & Gibbons, PA, 401 N. Cattlemen Road, Sarasota, FL 34232-6438 (cdenny@dglawyers.com and smapes@dglawyers.com).

*/s/ Jason R. Derry, Esquire*
Jason R. Derry, Esquire
Florida Bar No.: 0036970
*Attorney for Plaintiff*