UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DENISE WELLS,

          Plaintiff,

v.                                     Case No:  6:18-cv-750-Orl-37GJK

PREMIER BANKCARD, LLC,

          Defendant.
_____

## ORDER OF DISMISSAL

The parties have filed a Joint Stipulation for Dismissal with Prejudice. (Doc. 18). The notice is effective without an order.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).  Accordingly, the Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 19, 2019.

ROY B. DALTON JR.
United States District Judge

-2-

Copies to:
Counsel of Record

Case 6:18-cv-00750-RBD-GJK   Document 19   Filed 03/20/19   Page 2 of 2 PageID 69